**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1442**

———————

HOWARD T. MEEKINS,

                                              Petitioner,

          versus

NEWPORT NEWS SHIPBUILDING AND DRY DOCK COM-
PANY; DIRECTOR, OFFICE OF WORKERS' COMPEN-
SATION PROGRAMS, UNITED STATES DEPARTMENT OF
LABOR,

                                              Respondents.

———————

On Petition for Review of an Order of the Benefits Review Board.
(No. 99-531)

———————

Submitted:  October 31, 2000      Decided:  November 17, 2000

———————

Before WILKINS, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John H. Klein, MONTAGNA, KLEIN & CAMDEN, L.L.P., Norfolk, Virginia,
for Petitioner.  C. Wayne Owens, Jr., Jonathan H. Walker, MASON,
COWARDIN & MASON, P.C., Newport News, Virginia, for Respondents.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Howard T. Meekins seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's decision granting the employer's motion for summary decision and denying Meekins' claim for modification of longshore benefits pursuant to 33 U.S.C.A. § 901 et seq. (West 1994 & Supp. 2000). Our review of the record discloses that both the administrative law judge's decision and the Board's decision were based upon substantial evidence and are without reversible error. Accordingly, we affirm on the reasoning of the Board. See Meekins v. Newport News Shipbuilding, No. 99-531 (BRB Feb. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2